STATE OF NEW JERSEY v. WALTER SIMS.

June 18, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES A. MAC DONALD, JR.

June 18, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. GERALD TILLEM.

June 18, 1974. Petition for certification denied. (See 127 N. J. Super. 421)

STATE OF NEW JERSEY v. ROBERT SMITH.

June 18, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND JOHNSON.

June 18, 1974. Petition for certification denied.

TOWNSHIP OF ROCKAWAY v.
FLEETWOOD ROCKAWAY CORP.

June 18, 1974. Petition for certification denied.